**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __CA__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | PPS Group San Diego Corp. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Prime Plastic Surgery & Med Spa |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 6 – 2 2 7 8 6 9 0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8200 La Mesa Blvd <br> Number    Street | _____ <br> Number    Street |
| | P.O. Box |
| La Mesa        CA    91942 <br> City           State    ZIP Code | _____ <br> City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| USA <br> County | _____ <br> Number    Street |
| | _____ <br> City    State    ZIP Code |

5. **Debtor's website** (URL)  _____

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 1

Debtor ___PPS Group San Diego Corp._____  Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |
| **7.** | **Describe debtor's business** | A. *Check one:* <br> ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☐ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br><br> _6_ _2_ _2_ _1_ |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** <br><br> A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☑ Chapter 11. *Check **all** that apply*: <br>     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☐ A plan is being filed with this petition. <br>     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |

Debtor　__PPS Group San Diego Corp.__　　　　　　　　　　　　　　Case number (if known)_____
　　　　　Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

　☑ No
　☐ Yes.　District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　If more than 2 cases, attach a separate list.
　　　　　District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

　☐ No
　☑ Yes.　Debtor __See Attached List__　　Relationship _____
　　　　　District _____　　　　　　When _____
　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　　Case number, if known _____

　List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

　Check all that apply:

　☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

　☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

　☑ No
　☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　　**Why does the property need immediate attention?** (*Check all that apply.*)

　　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　　What is the hazard? _____

　　☐ It needs to be physically secured or protected from the weather.

　　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　　☐ Other _____

　　**Where is the property?** _____
　　　　　　　　　　　　　　　　Number　　　Street
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　_____　　_____ _____
　　　　　　　　　　　　　　　　City　　　　　　　　　　　　　　State ZIP Code

　　**Is the property insured?**

　　☐ No
　　☐ Yes. Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

■ **Statistical and administrative information**

Official Form 201　　　　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　　　　page **3**

Debtor  PPS Group San Diego Corp.  Case number (if known) _____
        Name

13. **Debtor's estimation of available funds**

Check one:
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**
- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

15. **Estimated assets**
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

16. **Estimated liabilities**
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/16/2024
             MM / DD / YYYY

X _____     James Chao _____
Signature of authorized representative of debtor   Printed name

Title  President

Debtor  PPS Group San Diego Corp.  Case number (if known) _____
        Name

**18. Signature of attorney**   ✗ /s/ Benjamin Carson        Date  2/16/2024
                                  Signature of attorney for debtor         MM / DD / YYYY

Benjamin Carson
Printed name

Law Offices of Benjamin M. Carson, P.C.
Firm name

5965 Village Way, STE E105
Number    Street

San Diego                                      CA              92130
City                                           State           ZIP Code

858-255-4529                                   ben@benjamincarsonlaw.com
Contact phone                                  Email address

283611                                         CA
Bar number                                     State

Addendum to Question 10-the following cases are pending:

1. Prime Plastic Surgery Associates Corp ("Associates"). This entity owns 100% of Debtor and will file its Chapter 11 petition contemporaneously with Debtor's

2. PPS Group Sacramento Corp-this practice entity is also owned 100% by Associates and will file its Chapter 11 petition contemporaneously with Debtor's.

3. PPS MedSpa Carmel Corp-this practice entity is also owned 100% by Associates and will file its Chapter 11 petition contemporaneously with Debtor's.

4. PPS Surgery Sacramento Corp-this practice entity is also owned 100% by Associates and will file its Chapter 11 petition contemporaneously with Debtor's.

Debtor will file an emergency motion to administratively consolidate its bankruptcy case with these other four cases at the earliest possible opportunity.